UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS, #36554,<br>　　　　　Plaintiff,<br>　　v.<br>CPL. CARDELL, et al.,<br>　　　　　Defendant(s). | Case No. 19-cv-03606-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On October 2, 2019, the court dismissed with leave to amend plaintiff's pro se complaint for damages under 42 U.S.C. § 1983 alleging that in February 2019, while he was incarcerated at the Humboldt County Jail (HCJ) in Eureka, HCJ officials (1) unlawfully extradited him to Washington state and (2) interfered with litigation he had pending in California state court.  The court explained what deficiencies plaintiff needed to correct to state cognizable claims for damages under § 1983 and afforded him 28 days to do so.  The court made clear that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." ECF No. 6 at 4.

More than two weeks have passed since plaintiff's amended complaint was due and plaintiff has filed neither an amended complaint nor a request for an extension of time to do so.  This action is DISMISSED and the clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: November 15, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>    Plaintiff,<br><br>v.<br><br>CARDELL, et al.,<br><br>    Defendants. | Case No. 3:19-cv-03606-CRB<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on November 15, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter John Arendas ID: #36554
Shasty County Jail
1655 West St.
Redding, CA 96001

Dated: November 15, 2019

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable CHARLES R. BREYER